In the Matter of the Examination of ARTHUR J. KEEFFE, a Third Person, Appellant, in Proceedings Supplementary to Execution upon the Application of THE THIRD NATIONAL BANK OF SYRACUSE, Judgment Creditor, Respondent, against JOHN C. KEEFFE et al.

*Matter of Keeffe,* 39 App. Div. 655, appeal dismissed.
(Submitted June 6, 1899; decided June 23, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1899, affirming an order of the Special Term denying a motion to vacate and set aside an order of the county judge of Onondaga county adjudging appellant guilty of contempt.

*George McGowan* and *Benjamin Stolz* for appellant.

*G. W. O'Brien* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.